# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SAM EREMO, | ) | |
|     Plaintiff, | ) | 2:12-cv-00894-KJD-RJJ |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al*. | ) | |
|     Defendants. | ) | |

This is a prisoner civil rights action filed in state court pursuant to 42 U.S.C. § 1983. Defendants filed a petition for removal seeking to remove this action from the Eighth Judicial District Court of the State of the Nevada. (ECF No. 1.) It appears from the petition for removal and the removal statement that removal to federal court was proper. On May 25, 2012, the court issued a minute order to the parties. (ECF No. 3.) The minute order was mailed to plaintiff at his address of record. On June 6, 2012, the minute order mailed to plaintiff was returned to the court as undeliverable. (ECF No. 5.)

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. A litigant's failure to do

so may result in dismissal of the action. Local Special Rule 2-2. Accordingly, the court dismisses this action without prejudice pursuant to Local Special Rule 2-2.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL ENTER** judgment accordingly and close this case.

DATED: June 11, 2012

_____
UNITED STATES DISTRICT JUDGE